UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. VALENCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STU SHERMAN, et al.,<br><br>　　　　Defendant. | 1:20-cv-00399-JDP (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ECF No. 8 |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2020, plaintiff filed an application to proceed in forma pauperis. Because the court granted plaintiff's previous application to proceed in forma pauperis in the present case on March 23, 2020, it is hereby ordered that plaintiff's application on April 15, 2020, is disregarded as moot.

IT IS SO ORDERED.

Dated:   April 16, 2020  　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 204.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28