UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALENCIA,<br>          Plaintiff,<br><br>v.<br><br>STU SHERMAN, et. al.,<br>          Defendants. | 1:20-cv-00399-HBK- (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF, CHRISTOPHER VALENCIA, CD # T-05563;   **BY TELEPHONE (VIA ZOOM)**<br><br>DATE: March 30, 2021<br>TIME:  1:15 p.m. |

Christopher Valencia, inmate, CDC #T-05563, a necessary and material witness for the Plaintiff in proceedings in this case on March 30, 2021, is confined at Corcoran State Prison, P.O. Box 8800 Corcoran, CA 93212, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate by Telephone, Via Zoom before Magistrate Judge Erica P. Grosjean on March 30, 2021, at  1:15 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Telephone (Via Zoom)** to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Corcoran State Prison**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Telephone (Via Zoom)** to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

March 16, 2021

_U.S. Magistrate Judge Helena Barch-Kuchta_

