UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. VALENCIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>STU SHERMAN, *et al*.,<br><br>                    Defendants. | No.  1:20-cv-00399-HBK<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)<br><br>ORDER DIRECTING CLERK TO ASSIGN THIS CASE TO DISTRICT JUDGE<br><br>(Doc. No. 31) |

On April 7, 2021, the parties filed a Stipulation for Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. No. 31). According to the Stipulation, each side will bear their own attorneys' fees and litigation costs. (*Id*.).

Accordingly:

1. Pursuant to the parties' Stipulation (Doc. No. 31) this action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. The Clerk of Court is respectfully directed to terminate all pending motions, assign this case to a district judge and close this case.

1

IT IS SO ORDERED.

Dated: ___April 8, 2021___

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE